```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 1 , 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jane Doe,

                Plaintiff,

-against-

Cuba Gooding, Jr.,

                Defendant.
------------------------------------------------------------X

**20 Civ. 06569 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The above entitled action has been on the Court's active docket since August 18, 2020, and there having been no activity since August 20, 2020, it is,

    ORDERED, that the above-entitled action is DISMISSED, without prejudice and without costs. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
March 1, 2021

SO ORDERED

*Paul A. Crotty*

PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE