UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JANE DOE,

                      Plaintiff,

        - against -

CUBA GOODING, JR.,

                      Defendant.

-----------------------------------------------------------------X

Case No. 1:20-cv-06569 (PAC)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Casey Wolnowski, Esq. dated March 12, 2021, together with the exhibits attached thereto, and upon all the papers and proceedings herein, the undersigned attorneys for the plaintiff Jane Doe ("Plaintiff") will move this Court, before Hon. Paul A. Crotty, U.S. District Judge for the U.S. District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting Plaintiff's motion to reinstate the complaint, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
         March 12, 2021

                                                  **NISAR LAW GROUP, P.C.**

                                        By: _____
                                             Casey Wolnowski, Esq.
                                             One Grand Central Place
                                             60 East 42nd Street, Suite 4600
                                             New York, NY 10165
                                             Ph: (646) 449-7210
                                             Fax: (516) 604-0157
                                             Email: cwolnowski@nisarlaw.com