Form 42 - DOORMAN WITH MILITARY

P4551685

**NISAR LAW GROUP, P.C**     CASEY WOLNOWSKI
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE<br>PLAINTIFF<br>- vs -<br>CUBA GOODING, JR.<br>DEFENDANT | index No. **1:20-CV-06569-PAC**<br>Date Filed<br>Office No.<br>Court Date. |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **22ND** day of **APRIL, 2021 3:30PM** at

    **60 COLLISTER STREET**
    **APT. 2B**
    **NEW YORK NY 10013**
I served the **SUMMONS IN A CIVIL ACTION AND COMPLAINT AND ORDER REGARDING PROCEEDING PSEUDONYMOUSLY**
after prior attempts were made on: , , ,
upon **CUBA GOODING, JR. the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JOHN DOE (REFUSED FULL NAME), DOORMAN**
a person of suitable age and discretion, who refused access to **DEFENDANT** actual apartment, and accepted in accordance with his/her everyday duties.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE** COLOR: **BROWN** HAIR: **BLACK/BALD** AGE: **35-39** HEIGHT: **5'11** WEIGHT: **165**

OTHER IDENTIFYING FEATURES

On **04/23/2021** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address . That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.
That at the time of service, as aforesaid, I asked the person spoken to whether the **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the State of New York or the United States as that term is defined in statutes of the State of New York or the Federal Soldiers and Sailors Civilian Relief Act.
COMMENTS:

Sworn to before me this
23RD day of APRIL, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS/2082919
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-NLGPC-4551685

2a

Form 42 - DOORMAN WITH MILITARY

P4551685

**NISAR LAW GROUP, P.C**    CASEY WOLNOWSKI
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

JANE DOE

PLAINTIFF

- vs -

CUBA GOODING, JR.

DEFENDANT

index No. **1:20-CV-06569-PAC**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **22ND** day of **APRIL, 2021 3:30PM** at

**60 COLLISTER STREET
APT. 2B
NEW YORK NY 10013**

I served the **SUMMONS IN A CIVIL ACTION AND COMPLAINT AND ORDER REGARDING PROCEEDING PSEUDONYMOUSLY**
after prior attempts were made on: , , ,
upon **CUBA GOODING, JR. the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JOHN DOE (REFUSED FULL NAME), DOORMAN**
a person of suitable age and discretion, who refused access to **DEFENDANT** actual apartment, and accepted in accordance with his/her everyday duties.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE** COLOR: **BROWN** HAIR: **BLACK/BALD** AGE: **35-39** HEIGHT: **5'11** WEIGHT: **165**
OTHER IDENTIFYING FEATURES

On **04/23/2021** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address . That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.
That at the time of service, as aforesaid, I asked the person spoken to whether the **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the State of New York or the United States as that term is defined in statutes of the State of New York or the Federal Soldiers and Sailors Civilian Relief Act.
COMMENTS:

Sworn to before me this
23RD day of APRIL, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS 2082979
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-NLGPC-4551685

2a