UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jane Doe

                        **Plaintiff(s),**

                **- against -**

Cuba Gooding, Jr.,

                       **Defendant(s),**
------------------------------------------------------------X

    1:20 Civ. 6569 (PAC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 18, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Cuba Gooding, Jr. by personally serving John Doe (Refused Full Name), Doorman, and proof of service was therefore filed on April 23, 2021, Doc. #(s) 11.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

            , 20___

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**

                                        **By:** _____
                                                  **Deputy Clerk**