AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Jane Doe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20 cv 6569 |
| Cuba Gooding, Jr. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cuba Gooding, Jr.

Date: August 9, 2021

/s/ Edward V. Sapone
*Attorney's signature*

Edward V. Sapone
*Printed name and bar number*
Sapone & Petrillo, LLP
40 Fulton Street, 17th Floor
New York, New York 10038
*Address*

ed@saponepetrillo.com
*E-mail address*

212-349-9000
*Telephone number*

347-408-0492
*FAX number*

[Print]  [Save As...]  [Reset]