UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE DOE,

                *Plaintiff*,

-against-

CUBA GOODING, JR.,

                *Defendant.*
------------------------------------------------------------x

20-cv-06569 (PAC)

**ORDER TO SHOW CAUSE**

Upon the parties' Proposed Stipulation & Order (ECF No. 26) to vacate the Court's entry of default judgment against Defendant Cuba Gooding, Jr. (ECF No. 23), it is

ORDERED, that Defendant show, pursuant to Federal Rule of Civil Procedure 55(c), why good cause exists for setting aside the default judgment against him (*see Haley v. Weinstein*, No. 20 Civ. 9109, 2021 WL 707074, at *1–2 (S.D.N.Y. Feb. 22, 2021));

ORDERED, that Defendant may show good cause by submitting a letter to the Court, not to exceed eight double-spaced pages, and that Plaintiff Jane Doe may join that submission; and

ORDERED, that Defendant's failure to show good cause by Wednesday, September 22, 2021, may result in the Court's refusal to endorse the parties' Proposed Stipulation & Order.

Dated: New York, New York
       September 15, 2021

SO ORDERED

*/s/ Paul A. Crotty*

HONORABLE PAUL A. CROTTY
United States District Judge

1