UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
:
JANE DOE,
:                          20 Civ. 6569 (PAC)
          Plaintiff,
:                          <u>ORDER</u>
    -against-
:
CUBA GOODING, JR.,
:
          Defendant.
:
---------------------------------------------------x

HONORABLE PAUL A. CROTTY, United States District Judge:

On September 15, 2021, the Court directed Defendant, Cuba Gooding, Jr., to show whether good cause exists for setting aside the Default Judgment entered against him. Cuba Gooding, Jr. and Jane Doe submitted papers in response to the Court's Order. Having read the submissions by Plaintiff and Defendant, and after due consideration, the Court finds good cause for setting aside the Default Judgment, as called for in the parties' proposed Stipulation and Order (ECF No. 26).

It is in Defendant's obvious interest to open the default, and Plaintiff does not object. She is willing to vacate the Default Judgment, pursuant to the terms agreed to in the parties' Stipulation.

Defendant is to remit to Plaintiff, by Friday, October 8, 2021, $7,500.00 representing attorney's fees incurred in the preparation and filing of a Motion for Default. The Defendant shall file and serve an answer, or otherwise move under Rule 12, by Monday, October 25, 2021.

After Defendant answers, the Court will hold an initial pretrial conference on Tuesday, November 2, 2021.

Dated: September 24, 2021

SO ORDERED

*[signature]*

PAUL A. CROTTY
United States District Judge
