**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X   Case No.: 1:20-cv-06569-PAC

JANE DOE,

               Plaintiff,

    - against -                                       **PROTECTIVE ORDER**

CUBA GOODING, JR.,

               Defendant.

---------------------------------------------------------------X

      HONORABLE MAGISTRATE JUDGE GORENSTEIN, United States Magistrate Judge.

      It is ORDERED and ADJUDGED that the following Protective Order shall govern the disclosure of any video footage from inside Magic Hour Rooftop Bar & Lounge (the "Magic Hour Video Footage").

1.     The parties and their respective counsel agree that the Magic Hour Video Footage shall be treated as confidential in all respects—in that— the parties shall not disclose it or show it to anybody who is not a party or witness in this matter and the parties shall use it solely for purposes of preparing for and conducting this litigation, including any related pre-trial, trial, and post-trial proceedings, and for no other purpose.

2.     The parties and their respective counsel agree that should the Magic Hour Video Footage be filed with or shown in court, the party intending to file or show the Magic Hour Video Footage in court shall first notify the parties, their respective counsel, and Magic Hour as soon as possible, but in no event later than ten (10) business days prior to the date that such party intends to file or show the Magic Hour Video Footage in court, so as to permit Magic Hour, and any party who wishes to do so, the opportunity to participate in any proceedings regarding whether the Magic Hour Video Footage shall be filed under seal,

so as to protect the privacy of other individuals who appear in the Magic Hour Video Footage.

IT IS SO ORDERED.

Date: June 14, 2022

GABRIEL W. GORENSTEIN
United States Magistrate Judge