UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE                                            :

             Plaintiff,             :      <u>ORDER</u>

  -v.-                                              :
                                                        20 Civ. 6569 (PAC) (GWG)
CUBA GOODING, JR.,                                  :

             Defendant.             :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery having concluded in this matter, the Court will schedule a settlement conference by separate order. If the parties prefer to engage a private mediator, they may so state in a letter to the Court.

      The parties shall confer immediately as to whether either intends to file a summary judgment motion. The deadline for a party to file a letter to Judge Crotty seeking permission to make a summary judgment motion is December 22, 2022. If no party intends to file such a motion, the parties shall confer on preparing the pre-trial order materials required by Rule 8.F of Judge Crotty's Individual Practices and those materials shall be filed by December 22, 2022.

      SO ORDERED.

Dated: November 1, 2022
       New York, New York

                                                                        _____
                                                                        GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge