# SAPONE & PETRILLO, LLP

| MANHATTAN | LONG ISLAND |
|---|---|
| 40 Fulton Street, 17th Floor<br>New York, New York 10038<br>Telephone: (212) 349-9000<br>Facsimile: (212) 349-9003<br>E-mail: ed@saponepetrillo.com | 1103 Stewart Avenue, Suite 200<br>Garden City, New York 11530<br>Telephone: (516) 678-2800<br>Facsimile: (516) 977-1977<br>E-mail: bill@saponepetrillo.com |

November 28, 2022

**BY ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

*Re: Jane Doe v. Cuba Gooding, Jr.*
*Docket No. 20 Civ. 6569 (PAC) (GWG)*

Dear Judge Gorenstein:

  I represent Defendant Cuba Gooding, Jr. in this case. Please accept this as a joint application by Defendant and Plaintiff Jane Doe, by which the parties respectfully request that the Court cancel the settlement conference, scheduled for Wednesday, November 30, 2022.

  Casey J. Wolnowski, Esq. represents Plaintiff. Within the last few days, he and I have conferred and confirmed our agreement that a settlement conference likely will be fruitless and not be the best use of the parties' time as well as the Court's resources.

  Your Honor's consideration is very much appreciated by both counsel and our clients.

                Respectfully submitted,

                /s/*Edward V. Sapone*
                Edward V. Sapone, Esq.

cc:  Casey J. Wolnowski, Esq.

The application to adjourn the settlement conference sine die is granted. The parties shall write to the Court as soon as both sides are prepared to participate in a settlement conference. The parties shall confer immediately as to whether either intends to file a summary judgment motion. The deadline for a party to file a letter to Judge Crotty seeking permission to make a summary judgment motion is December 22, 2022. If no party intends to file such a motion, the parties shall confer on preparing the pre-trial order materials required by Rule 8.F of Judge Crotty's Individual Practices and those materials shall be filed by December 22, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 28, 2022