UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANE DOE                                                  :

        Plaintiff,                         :        <u>ORDER</u>

  -v.-                                                    :
                                                                    20 Civ. 6569 (PAC) (GWG)
CUBA GOODING, JR.,                                :

        Defendant.                      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court has been made aware of the discovery application filed at Docket ## 115 and 116 as well as Judge Crotty's recent order at Docket # 117.  In light of that order, the defendant is given leave to file a letter (if he wishes) providing any supplemental argument on the timeliness issue — including a description of whether there was any impediment to defendant's filing a discovery application before the October 1, 2022, deadline provided in Docket # 52 as to each of the discovery disputes and, if such an impediment is alleged to have existed as of that date for any dispute, an explanation as to why the defendant waited until February 27, 2023, to raise the existence of each discovery dispute and until April 4, 2023, to actually file the application.

      If defendant elects to file such a letter, it shall be filed by April 10, 2022.  Plaintiff may respond on or before April 13, 2023.

      SO ORDERED.

Dated: April 6, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge