UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JANE DOE,

                Plaintiff

    -v-                                       20-CV-6569 (PAC)

CUBA GOODING, JR.,

                                          **ORDER**

                Defendant.

-------------------------------------------------------------x

      IT IS HEREBY AGREED BY AND BETWEEN THE UNDERSIGNED that this matter is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs or fees unless otherwise agreed to between the two parties.

_____
Counsel for Plaintiff
Casey Wolnowski

_____
Counsel for Defendant
Ed Sapone

SO ORDERED.

Dated: _____, 2023
       New York, New York
                                              _____
                                              HONORABLE PAUL A. CROTTY, U.S.D.J.